FULTON OIL CO., RESPONDENT, *v.* TOOLE COUNTY, APPELLANT.

(No. 6,511.)

(Submitted November 14, 1929. Decided January 9, 1930.)

[283 Pac. 771.]

*Mr. R. L. Clinton* and *Mr. Walter R. Knaack,* for Appellant, submitted an original and a reply brief; *Mr. Clinton* argued the cause orally.

*Mr. Louis P. Donovan,* for Respondent, submitted a brief, and argued the cause orally.

Opinion: PER CURIAM.

This case is substantially identical with No. 6510, ante, p. 367, 283 Pac. 769; the difference between the two being that the present case is to recover money alleged to have been illegally collected when the first installment of the 1926 taxes was paid, whereas case No. 6510 is to recover the money

alleged to have been illegally collected when the second installment was paid.

Upon the authority of the opinion in case No. 6510, *Fulton Oil Co.* v. *Toole County,* ante, p. 367, 283 Pac. 769, the judgment is affirmed.